**Michael MURPHEY, et al., Appellants,**

v.

**ELECTRIC INSURANCE COMPANY, Respondent.**

No. ED 104720

Missouri Court of Appeals, Eastern District, **DIVISION TWO.**

Filed: March 21, 2017

David C. Knieriem, Clayton, MO, for Plaintiffs/Appellants

Martin J. Buckley, Adrian P. Sulser, St. Louis, MO, for Defendant/Respondent

Before Sherri B. Sullivan, P.J., Roy L. Richter, J., and Colleen Dolan, J.

### ORDER

PER CURIAM.

Michael and Deborah Murphey ("Appellants") appeal the trial court's order and

**60** ■

judgment in favor of Electric Insurance Company ("Respondent") finding the Homeowners Policy (the "Policy") issued by Respondent to Appellants did not provide coverage for their claim. Appellants claim the trial court erred in holding there was no coverage under the "collapse" provision of the Policy. No jurisprudential purpose would be served by a written opinion. However, we have provided the parties a memorandum setting forth the reasons for our decision. The judgment of the motion court is affirmed under Rule 84.16(b).